LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
DEC - 7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> McCARTHY OCAYA CARTER, <br><br> Defendant. | CRIMINAL CASE NO. 05-00087 <br><br> **INFORMATION** <br><br> **POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE** <br> [21 U.S.C. § 844(a)] <br><br> **FORFEITURE ALLEGATION** <br> [21 U.S.C. § 853] |

THE UNITED STATES ATTORNEY CHARGES:

On or about November 20, 2003, in the District of Guam and elsewhere, the defendant McCARTHY OCAYA CARTER, knowingly and intentionally possessed .41 grams of methamphetamine hydrochloride a/k/a "ice," a scheduled II controlled substance, in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

The allegation of this Information and accompanying Information Regarding Notice of Sentencing Enhancement are hereby realleged and incorporated by reference for the purpose of

alleging criminal forfeiture pursuant to Title 21, United States Code, § 853.

1. From his engagement in the violation alleged in both Informations, punishable by imprisonment for more than one year, the defendant, McCARTHY OCAYA CARTER, shall forfeit to the United States, pursuant to Title 21, United States Code, §§ 853(a)(1) and (2), all of his interest in:

    a. U.S. currency in the amount of $106,202 recovered on or about November 20, 2003, from the search of the residence of the defendant located at #209 Totot Loop, GHURA 501, Dededo, Guam;

    b. Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violation; and

    c. Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violation.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

//
//
//
//
//
//
//

it is the intent of the United States, pursuant to Title 21, United States Code, § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, § 853.

Dated this 7th day of December 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney