# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment: _____ Docket Number: CR-05-00087
Same Defendant: X   New Defendant: _____
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

**Defendant Information:**

Juvenile: Yes ___ No X   Matter to be sealed: ___ Yes X No

Defendant Name: McCarthy Ocaya Carter

Alisas Name: _____

Address: _____

Birth date: XX/XX/1963  SS#: XXX-XX-8823  Sex: M  Race: PI  Nationality: U.S.

*RECEIVED DEC -8 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM*

**U.S. Attorney Information:**

AUSA: Marivic P. David

Interpreter: X No ___ Yes   List language and/or dialect: N/A

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 2   ___ Petty ___ Misdemeanor X Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  21 U.S.C. § 844(a) | POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2  21 U.S.C. § 853 | FORFEITURE ALLEGATION | 2 |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: 12/8/05   Signature of AUSA: /s/ Hand for Marivic David