LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

05-00087

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. |
| Plaintiff, | ) | |
| vs. | ) | **INFORMATION REGARDING NOTICE OF SENTENCING ENHANCEMENT** |
| McCARTHY OCAYA CARTER, | ) | |
| Defendant. | ) | |

NOW COMES the United States of America, by and through undersigned counsel, pursuant to 21 U.S.C. § 851, and gives notice that the defendant, McCARTHY OCAYA CARTER, was previously convicted of felony drug offenses:

    On about March 17, 2000, defendant, McCARTHY OCAYA CARTER, was convicted of possession of a schedule II controlled substance with intent to deliver (as a first degree felony), under Criminal Case No. CF0318-98, in the Superior Court of Guam;

    On about March 17, 2000, defendant, McCARTHY OCAYA CARTER, was convicted of possession of a schedule II controlled substance with intent to deliver (as a first degree felony), under Criminal Case No. CF0773-98, in the Superior Court of Guam; and

On about September 24, 1986, defendant, McCARTHY OCAYA CARTER, was convicted of possession of a controlled substance with intent to deliver (as a first degree felony) under Criminal Case No. 140F-86, in the Superior Court of Guam.

If the defendant is convicted for a violation of 21 U.S.C. § 844, then the defendant's sentence will be enhanced and defendant will be subject to a sentence of imprisonment of not less than 90 days but not more than three (3) years because of defendant's prior felony drug convictions. 21 U.S.C. § 844(a).

DATED this 7th day of December 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

2