IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE



**FILED**
DISTRICT COURT OF GUAM
DEC - 9 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00087**  **DATE: December 9, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding      Law Clerk: J. Hattori
Court Recorder: Wanda Miles & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 11:10:35 - 11:38:19      CSO: D. Quinata

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: McCARTHY OCAYA CARTER**       **ATTY : HOWARD TRAPP**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON      AGENT:

U.S. PROBATION: STEVE GUILLIOT      U.S. MARSHAL: J. CURRY

**PROCEEDINGS:  INITIAL APPEARANCE / WAIVER OF INDICTMENT / INFORMATION / PLEA**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED     AGE: 42     SCHOOL COMPLETED: G.E.D.
( X ) DEFENDANT ARRAIGNED ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____    PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: March 15, 2006 at 1:30 p.m.
( X ) PRESENTENCE REPORT ORDERED:
     DUE TO THE PARTIES : FEBRUARY 3, 2006    DUE THE COURT: MARCH 3, 2006

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:
Defendant consented to his plea before a U.S. Magistrate Judge. Pen and ink changes made in the plea agreement. Parties had no objections to the changes. Waiver of Indictment executed. The Court executed the Report and Recommendation. Defense also requested for an expedited presentence report and sentencing date. The Court scheduled the sentencing date, however, advised the probation officer to expedite the report to the extent possible and notify counsel once it is ready. Defense moved for the Evidentiary Hearing in CR-03-00103, set for Tuesday, December 13th be vacated based on the terms of the plea agreement to dismiss CR-03-00103 upon sentencing in this case. Government had no objections - Granted. No further written order will be issued by the Court.

Courtroom Deputy: