Waivind.wpf (EDNY 2/99)

# United States District Court

FOR THE **DISTRICT OF** _____

**FILED**
DISTRICT COURT OF GUAM
GUAM DEC -9 2005
MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES OF AMERICA**

v.

McCARTHY OCAYA CARTER

Defendant(s).

**WAIVER OF INDICTMENT**

Case Number: 05-00087

I, _McCarthy Ocaya Carter_ the above-named defendant, who is accused of

POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE, in Violation of Title 21, United States Code, Section 844(a); and FORFEITURE ALLEGATION, in Violation of Title 21, United States Code, Section 853,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _December 9, 2005_ prosecution by indictment and consenting that the proceeding may be by information rather than by indictment.

_McCarthy O. Carter_
McCARTHY OCAYA CARTER
*Defendant*

_[signature]_
HOWARD TRAPP
*Counsel for Defendant*

Before: _[signature]_
*Judicial Officer*