# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, | Case No. 1:05-cr-00087 |
| Plaintiff, | |
| vs. | |
| McCarthy Ocaya Carter, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed December 9, 2005*, on the dates indicated below:

*U.S. Attorney's Office*                                        *Howard Trapp*
*December 12, 2005*                                  *December 12, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed December 9, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 12, 2005                        /s/ Marilyn B. Alcon
                                                                   Deputy Clerk