(Ida)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant



FILED
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00087 |
| Plaintiff, | ) ( | OBJECTION |
| vs. | ) ( ) | |
| McCARTHY OCAYA CARTER, | ( ) | |
| Defendant. | ( | |

The Report and Recommendation concerning Plea of Guilty in a Felony Case filed in this proceeding on December 9, 2005, states, "The defendant . . . entered a plea of guilty to an Information charging him with Possession of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ *841(a)*. Additionally, the defendant has consented to forfeit the items described in the Forfeiture Allegation of the *Indictment* . . . ." (Emphases Added.)

(OBJECTION)
Criminal Case No. 05-00087

    Defendant objects thereto.

    Defendant entered a plea of guilty to an information charging him with possession of methamphetamine hydrochloride in violation of 21 U.S.C. § *844(a)*. Additionally, the defendant has consented to forfeit the items described in the Forfeiture Allegation of the *information.*

    Dated at Hagåtña, Guam, this 12th day of December, 2005.

                                 _____
                                   HOWARD TRAPP
                                   For HOWARD TRAPP INCORPORATED
                                   Attorney for Defendant

# DECLARATION OF SERVICE

I, Leilani D. Ada, declare that I am an administrative assistant employed in the office of Howard Trapp, Esq., the attorney for defendant herein, and that I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, Ms. Johnson's last known address, with a person in charge thereof, on December 12, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2005, at Hagåtña, Guam.

*/s/ Leilani D. Ada*
LEILANI D. ADA