FILED
DISTRICT COURT OF GUAM
JAN 09 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff. <br><br> vs. <br><br> McCARTHY OCAYA CARTER, <br><br> Defendant. | CRIMINAL CASE NO. 05-00087 <br><br> **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Amended Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty to an Information charging him with Possession of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a), is now Accepted and the Defendant is Adjudged Guilty of such offense. The Court further accepts the recommendation that the defendant forfeit to the United States all property described in the Forfeiture Allegation of the Information, including the $106,202 in U.S. currency recovered during a search of his residence on or about November 20, 2003. All parties shall appear before this Court for sentencing on March 15, 2006 at 9:30 a.m.

IT IS SO ORDERED.

DATED this 9th day of January 2006.

DONALD M. MOLLOY*
District Judge

---

* The Honorable Donald M. Molloy, United States Chief District Judge for the District of Montana, sitting by designation.