LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 16 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> McCARTHY OCAYA CARTER, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00087 <br><br> **GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT** |

Comes now the United States and adopts the findings of the PSR with the following additional comments:

1. Paragraph 5 of the PSR should also reflect that with respect to the rest of the evidence seized from Carter's residence, the Ninth Circuit remanded to the district court for a factual finding on whether Carter's consent to the search term in the probation agreement was voluntary. Consistent with that ruling, an evidentiary hearing was scheduled for December 13, 2005.

2. Paragraph 45 of the PSR should reflect that: The drugs and firearms were excluded from evidence by the U.S. District Court of Guam, and, with respect to such evidence seized from Carter's residence, the Ninth Circuit remanded to the district court for a factual finding on whether Carter's consent to the search term in the probation agreement was voluntary.

3. The judgment and commitment order should also reflect that defendant shall forfeit to the United States all property described in the forfeiture allegation of the information, including the $106,202 in U.S. currency that agents recovered from defendant, his residence, and vehicle on November 20, 2003.

Dated this 16th day of February 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney