# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>McCarthy Ocaya Carter,<br><br>　　　　Defendant. | Case No. 1:05-cr-00087<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and the Notice of Entry filed March 15, 2006,* on the dates indicated below:

| *U.S. Attorney's Office* | *Howard Trapp* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *March 16, 2006* | *March 16, 2006* | *March 16, 2006* | *March 16, 2006* |
| | | *(Judgment only)* | *(Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment and the Notice of Entry filed March 15, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 16, 2006　　　　　　　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk