PROB 34
(Rev. 5/01)

# Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v. } CRIMINAL CASE NO. 05-00087-001

MCCARTHY O. CARTER

FILED
DISTRICT COURT OF GUAM
MAR 23 2007
MARY L.M. MORAN
CLERK OF COURT

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **March 14, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

RECEIVED
MAR 20 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc: Marivic P. David, AUSA
    Howard Trapp, Defense Counsel
    File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 23rd day of March 2007

_____
HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

ORIGINAL